UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Charles R. Runion,

            Plaintiff,        Case No. 19-11812

v.                                  Judith E. Levy
                                   United States District Judge

Colleen Spencer,

                                   Mag. Judge Patricia T. Morris

           Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

      Before the Court is Magistrate Judge Patricia T. Morris' Report and Recommendation recommending the Court deny Plaintiff's motion to reinstate Defendants. (ECF No. 16.) The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation, and concurs in the reasoning and result. Accordingly,

      The Report and Recommendation (ECF No. 20) is ADOPTED; and

Plaintiff's motion to reinstate Defendants (ECF No. 16) is DENIED.[1]

IT IS SO ORDERED.

Dated: July 14, 2020  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 14, 2020.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

---

[1] The parties, by failing to object to the Report and Recommendation, have waived any further right of appeal. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).