UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Charles R. Runion,

        Plaintiff,        Case No. 19-11812

v.        Judith E. Levy
        United States District Judge

Colleen Spencer,

        Mag. Judge Patricia T. Morris

        Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [26]**

Before the Court is Magistrate Judge Patricia T. Morris's Report and Recommendation recommending the Court grant Defendant's motion for summary judgment. (ECF No. 26.) The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. By failing to object, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019). The Court has nevertheless reviewed the Report and Recommendation and concurs in the result. Accordingly,

The Report and Recommendation (ECF No. 26) is ADOPTED; and

Defendant's motion for summary judgment (ECF No. 21) is GRANTED.

IT IS SO ORDERED.

Dated: October 15, 2020     s/Judith E. Levy
Ann Arbor, Michigan     JUDITH E. LEVY
    United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 15, 2020.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager